■ In the Matter of SITRO DE LA CRUZ (Admitted as SITRO PRADO DE LA CRUZ), a Disbarred Attorney. [777 NYS2d 906]—Second and Final Annual Report and Affidavit of Legal Services of Receiver accepted, and Receiver discharged. The firm of

Blodnick, Gordon, Fletcher & Sibell, P.C. directed to forward monies it holds or subsequently collects, for the benefit of Sitro de la Cruz, to the New York State Lawyers' Fund for Client Protection, as indicated. No opinion. Concur—Buckley, P.J., Andrias, Saxe, Friedman and Marlow, JJ.